IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANDREW ROBERT MODINE,

        Petitioner,                  Civil No. 06-975 ST

    v.                                ORDER OF DISMISSAL

MIKE MALIZIO, Superintendent, South
Fork Forest Camp,

        Respondent.

        Based on the petitioner's motion for voluntary dismissal, IT IS ORDERED this action is dismissed with prejudice.

        Dated this 10th day of August, 2007.

                              /s/ Janice M. Stewart
                              Janice M. Stewart
                           United States Magistrate Judge